UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG BRAY and TRACI BRAY, | No. 2:22-cv-01939-AC |
| Plaintiffs, | |
| v. | ORDER TO SHOW CAUSE |
| JP MORGAN CHASE BANK, N.A., | |
| Defendant. | |

This matter was removed from state court on October 27, 2022. ECF No. 1. On November 3, 2022, defendant filed a motion to dismiss set for hearing on December 14, 2022. ECF No. 6. Plaintiffs' opposition or statement of non-opposition to the pending motion to dismiss was due on November 17, 2022, per Local Rule 230(c) (as amended March 1, 2022). Plaintiffs failed to timely oppose the motion.

Failure to timely file an opposition may be construed by the Court as non-opposition to the motion. Local Rule 230(c). Moreover, Local Rule 110 provides that failure to comply with court orders or the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

Plaintiffs have also failed to respond to a previous Order to Show Cause why they should not be sanctioned for failing to submit the court's form indicating consent to or decline of U.S. Magistrate Judge jurisdiction. See ECF No. 10.

Plaintiffs' repeated failure to act in this case indicates to the court that they have abandoned the action, and this case is now at risk of a recommendation of dismissal for failure to prosecute.

The plaintiffs are therefore ORDERED TO SHOW CAUSE in writing by December 2, 2022, why they have not filed their consent/decline forms and why they have not opposed the pending motion to dismiss. The motion to dismiss remains on calendar for December 14, 2022, at 10:00 AM in Courtroom 26.

IT IS SO ORDERED.

DATED: November 28, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE