1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GREG BRAY and TRACI BRAY,                          No.  2:22-cv-01939 AC

12                    Plaintiffs,

13          v.                                            ORDER

14    JP MORGAN CHASE BANK, N.A.,

15                    Defendant.

16

17          This matter is before the undersigned for all purposes per the consent of the parties.  ECF

18    Nos. 6 and 12.  Plaintiffs have notified the court that this case has settled, and have filed a notice

19    of voluntary dismissal with prejudice.  ECF Nos. 15 and 16.  Pursuant to the representations of

20    counsel, this matter is DISMISSED with prejudice and the Clerk of Court shall close the case.

21          IT IS SO ORDERED.

22    DATED: December 27, 2022

23    _____

24    ALLISON CLAIRE
      UNITED STATES MAGISTRATE JUDGE

25

26

27

28